UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

KENDRA LAPOINT,

    Plaintiff,

v.                                                                Case No. 18-cv-1976

ASSISTED LIVING BY HILLCREST, LLC,

    Defendant.

---

## VOLUNTARY STIPULATION OF DISMISSAL

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed upon the merits, with prejudice and without costs to either party.

Dated this 9th day of April, 2019.      By:    s/Scott S. Luzi
                                                                Scott S. Luzi, SBN 1067405
                                                               Walcheske & Luzi, LLC
                                                               15850 W. Bluemound Road, Suite 304
                                                               Brookfield, WI 53005
                                                               Telephone: (262) 780-1953
                                                               Email: sluzi@walcheskeluzi.com
                                                               *Attorneys for Plaintiff*


Dated this 9th day of April, 2019.      By:    s/Jenna E. Rousseau
                                                                Jenna E. Rousseau, SBN 1065236
                                                               Strang, Patteson, Renning, Lewis & Lacy, s.c.
                                                               205 Doty St., Suite 201
                                                               Green Bay, WI 54301
                                                               Telephone: 844-833-0828
                                                               Email: jrousseau@strangpatteson.com
                                                               *Attorneys for Defendant*

1